# Court of Appeals
# of the State of Georgia

ATLANTA, March 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0338.  JAMES LEE FORD, SR. v. CLAIRE H. FORD.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.  The Appellant may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

Respondent Claire Ford's request for a frivolous appeal penalty is DENIED. See Court of Appeals Rule 41 (b); *Ridley v. Turner*, 335 Ga. App. 108, 113 (6) (778 SE2d 844) (2015).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/16/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*